IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ZVI KRIPLE, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 4:22-CV-788-P (BJ) |
| | § | |
| PAUL ELLARD, | § | |
| | § | |
| Defendant. | § | |

### FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND NOTICE AND ORDER

In this case, Plaintiff has filed a civil case with a complaint and a motion for leave to proceed in forma pauperis. ECF Nos. 1-2. The case was referred to the undersigned United States Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(b) and Miscellaneous Order No. 6.[1] The findings, conclusions and recommendation of the United States Magistrate Judge are as follows:

### FINDINGS AND CONCLUSIONS:

A. NATURE OF THE CASE

This case is a new civil action.

B. PARTIES

Zvi Kriple is the plaintiff. Compl. 1, ECF No. 1. He lists as defendant Paul Ellard. *Id.*

C. LEGAL ANALYSIS

Plaintiff initially filed a short from motion to proceed in forma pauperis. ECF No. 2. In response to a deficiency order, he filed a long-form motion to proceed in forma pauperis under 28 U.S.C. § 1915 *et. seq.* ECF No. 7. That application/motion includes the income and asset information for the plaintiff. A review of the financial information submitted in the long-form

---

[1] Order for the Adoption of Rules for the Exercise of Powers and Performances of duties by United States Magistrate Judges, signed May 5, 2005.

motion reflects that plaintiff Zvi Kriple anticipates receiving $12,000 a month in his current employment Mot. 1, ECF No. 7. He lists no dependents. *Id.* at 3. The applicable poverty guideline for a family of one is $13,590.[2] At an income of $12,000 per month, Plaintiff receives over $140,000 in annual household income, significantly higher than the poverty level. Furthermore, although Plaintiff lists a total monthly expense figure of "$20,000," that total is wholly unsupported by the amounts he listed in the sub-categories of expenses. Mot 4-5, ECF No. 7 The information in this application thus shows that Plaintiff has sufficient resources available to pay the applicable fees. After review and consideration of the applications/motions to proceed in forma pauperis, the undersigned finds the motions to proceed IFP should be denied, and will make such a recommendation.

## RECOMMENDATION

It is therefore **RECOMMENDED** that Plaintiff's motions to proceed in forma pauperis [ECF Nos. 2 and 7] be **DENIED** by the district judge.

It is further **RECOMMENDED** that the district judge inform Plaintiff that the complaint will be subject to dismissal without further notice under Federal Rule of Civil Procedure 41(b), unless Plaintiff pays to the clerk of Court the filing and administrative fees of $402.00[3] within seven (7) days after the district judge's order.

## NOTICE OF RIGHT TO OBJECT TO PROPOSED FINDINGS, CONCLUSIONS AND RECOMMENDATION AND CONSEQUENCES OF FAILURE TO OBJECT

---

[2]*See* https://aspe.hhs.gov/poverty-guidelines.

[3]In addition to the filing fee of $350, the District Court Miscellaneous Fee Schedule requires payment of an administrative fee for filing a civil action in district court of $52. *See* 28 U.S.C.§ 1914(a) and District Court Miscellaneous Fee Schedule, note 14.

2

A copy of this report and recommendation shall be served on all parties in the manner provided by law. Under 28 U.S.C. § 636(b)(1), each party to this action has the right to serve and file specific written objections in the United States District Court to the United States Magistrate Judge's proposed findings, conclusions, and recommendation within fourteen (14) days after the party has been served with a copy of this document. The United States District Judge need only make a de novo determination of those portions of the United States Magistrate Judge's proposed findings, conclusions, and recommendation to which specific objection is timely made. *See* 28 U.S.C. § 636(b)(1). Failure to file by the date stated above a specific written objection to a proposed factual finding or legal conclusion will bar a party, except upon grounds of plain error or manifest injustice, from attacking on appeal any such proposed factual findings and legal conclusions accepted by the United States District Judge. *See Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996) (en banc), *superseded by statute* 28 U.S.C. § 636(b)(1) (extending the deadline to file objections from ten to fourteen days).

## ORDER

Under 28 U.S.C. § 636, it is **ORDERED** that Plaintiff is granted until **October 18, 2022** to serve and file written objections to the United States Magistrate Judge's proposed findings, conclusions and recommendation.

It is further **ORDERED** that the above-styled and numbered action, previously referred to the United States Magistrate Judge for findings, conclusions and recommendation, be and is hereby, **RETURNED** to the docket of the United States District Judge.

**SIGNED** October 4, 2022.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE