UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ZVI KRIPLE,**

    Plaintiff,

v.                                         **No. 4:22-cv-788-P**

**PAUL ELLARD,**

    Defendant.

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

In this case, Plaintiff has filed a civil case with a complaint and a motion for leave to proceed in forma pauperis. ECF Nos. 1-2. The case was referred to the undersigned United States Magistrate Judge Jeffrey L. Cureton, for submission to this Court of findings, conclusions and recommendations ("FCRs") pursuant to 28 U.S.C. § 636(b)(1)(B). On October 4, 2022, Judge Cureton submitted Findings and Conclusions. *See* ECF No. 8. Plaintiff filed an objection to the FCR on October 12, 2022. *See* ECF No. 9.

Plaintiff's objection to the FCR is contrary to the motion to proceed in forma pauperis, in which Plaintiff states that he anticipates receiving $12,000 a month in monthly income. Thus, having conducted a *de novo* review of Plaintiff's objection to the FCR and all relevant matters of record in this case, including the FCR of the United States Magistrate Judge (ECF No. 8), the Court concludes that the Plaintiff's objection is without merit. The Court thus **ACCEPTS** the Magistrate Judge's Findings and Conclusions as its own.

Accordingly, the Court **DENIES** Plaintiff's motion to proceed in forma pauperis (ECF No. 2). The Court further **ORDERS** that Plaintiff's complaint will be dismissed without further notice under Federal Rule

of Civil Procedure 41(b) if Plaintiff fails to pay to the clerk of Court the filing and administrative fees of $402.00 by **October 25, 2022.**

    **SO ORDERED** on this **18th day of October 2022**.

Mark T. Pittman
UNITED STATES DISTRICT JUDGE

2